IN THE UNITED STATES DISTRICT COURT FOR

THE WESTERN DISTRICT OF OKLAHOMA

**FILED**

**DEC 1 2 2005**

ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY_____ DEPUTY

GLEN FOLSOM,                              )
                                          )
            Petitioner,                   )
                                          )
vs.                                       )        No. CIV-05-1302-W
                                          )
ERIC FRANKLIN,                            )
                                          )
            Respondent.                   )

## ORDER

On December 2, 2005, United States Magistrate Judge Doyle W. Argo issued a

Report and Recommendation in this matter and recommended that the case be terminated

and that the Petition for Writ of Habeas Corpus ("Petition") submitted by petitioner Glen

Folsom on November 8, 2005, be filed instead in Case No. CIV-05-1240-W. Folsom was

advised of his right to object to the Report and Recommendation, and the Court on

December 6, 2005, received a letter from Folsom in which he indicated that he had no

objection to Magistrate Judge Argo's recommendations.

Accordingly, the Court

(1) ADOPTS the Report and Recommendation issued on December 2, 2005;

(2) VACATES Magistrate Judge Argo's Order issued on November 9, 2005, and

ADVISES Folsom he need not comply with said Order;

(3) ORDERS the Petition now filed and docketed in Case No. CIV-05-1240-W be

deemed in compliance with the Order issued in that case on November 30, 2005, by United

States Magistrate Judge Robert E. Bacharach;

(4) ADVISES Folsom that all future pleadings and papers shall be filed in Case No.

CIV-05-1240-W and that he should print that case number on each document he submits

to the Clerk of the Court; and

(5) DIRECTS the Clerk

(A) to file and docket the letter received by Folsom on December 6, 2005, in the

instant case; and

(B) then terminate this matter in his records.

ENTERED this /2th day of December, 2005.

LEE R. WEST
UNITED STATES DISTRICT JUDGE